# EXHIBIT "B"

### IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.  <u>CACE19019538</u>  DIVISION  <u>13</u>  JUDGE  <u>Michael Robinson</u>

**Casa Bella Construction Co.**

Plaintiff(s) / Petitioner(s)

v.

**Christine Davis**

Defendant(s) / Respondent(s)

_____/

## AMENDED FINAL DEFAULT JUDGMENT OF FORECLOSURE

**THIS CAUSE** having come to be heard by the Court upon the Plaintiff CASA BELLA CONSTRUCTION CO.'s Motion for Final Default Judgment of Foreclosure against Defendant(s) CHRISTINE DAVIS, (Defendant "OWNER"), MARTIN EMBERY F/K/A UNKNOWN TENANT #1 (Defendant "TENANT"), (collectively "Defendants"), the Court having considered all pleadings filed herein, the Court considering the Motion and supporting Affidavits of Plaintiff, and the Court being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Default Judgment of Foreclosure is **GRANTED**.

The Court finds the following:

1. This Court has jurisdiction over the Defendants and subject matter herein.
2. The Defendants in this case were duly served according to Florida Statues.
3. The Defendants defaulted under their obligations under contract to pay Plaintiff Contractor for the work performed.
4. Plaintiff, CASA BELLA CONSTRUCTION CO., (Plaintiff "Contractor"), is entitled to be paid damages from Defendants OWNER, for the property that is the subject of this foreclosure lawsuit.
5. The Defendant OWNER in this cause is personally liable for all damages, pre-judgment interest, court costs and attorney fees.
6. The damages due Plaintiff Contractor constitute a valid lien on the property sought to be foreclosed and are superior to any right, title, interest or claim of any Defendant(s) and all persons and entities claiming by, through or under him.
7. That the hours spent on this case by Plaintiff's attorney were reasonable and related to the issues herein. The hourly fee of $400.00/hour, based upon the Attorney's more than twenty-four (24) years of legal experience, his status as a Board Certified Attorney in

Condominium and Planned Development Law, and the relevant, customary legal community are reasonable.

8. That based upon Defendant OWNER'S, default in payments, Plaintiff Contractor is entitled to this judgment, as a matter of law.

9. This Court previously entered a Final Judgment as to damages only in the amount of $23,386.06 plus pre-judgment interest as March 8, 2019 and reserved jurisdiction to determine the reasonable amount of court costs and attorney fees due Plaintiff.

10. Based on the above findings, it is:

**ORDERED AND ADJUDGED** that:

A.      **Plaintiff Contractor, is due $23,386.06• for damages, $8,419.00 for interest, $600.74 for court costs, and $5,600.00 for attorney fees, making a total sum due of $38,005.80.**

B.      Plaintiff Contractor holds a lien for the total sum plus interest accruing at 4.25% per year from the date of this judgment until paid, and any further sums accruing to Plaintiff in connection with this suit, superior to any claim or estate of Defendants on the following described real property located in Broward County, Florida:

**Lot 27, Block 4, of the COLLEGE PARK ESTATES, according to the Plat thereof, as Recorded in Plat Book 41, at Page 14, of the Public Records of Broward County, Florida.**

**Parcel Identification Number: 4742 36 05 0540**

**A/K/A: 714 NW 2nd Avenue, Deerfield Beach, Broward County, Florida 33441 (the "Property")**

C.      If the total sum with interest at the rate described in paragraph A and all other sums accruing to Plaintiff subsequent to this judgment are not paid, the Clerk of this Court shall sell, only if the Defendant/ Plaintiff is present at the foreclosure sale, the property at public sale on January 6, 2022, at 10:00 A.M., to the highest bidder for cash, except as described in Paragraph F herein, on an online bid at www.broward.realforeclose.com.

CaseNo: CACE19019538
Page 3 of 4

D.      Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the Purchaser of the real property for sale. If Plaintiff is the Purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and all funds accruing to Plaintiff subsequent to this judgment or such part of it, as is necessary to fill the bid in full.

E.      On filing the certificate of title, the Clerk shall distribute the proceeds of sale, so far as they are sufficient, by paying: 1) all of Plaintiff's costs; 2) documentary stamps affixed to the certificate; 3) the total sums due to the Plaintiff plus interest at the rate described in Paragraph A from this date to the date of the sale and all other sums accruing to Plaintiff, including without limitation all costs of this suit advanced by Plaintiff; and by retaining any amount pending the further order of this Court.

F.       On filing the certificate of title, each and every defendant and all persons claiming against them since the filing of the Claim in this action shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property.

G.      Jurisdiction of this action is retained to enter further orders and judgments that are proper including, without limitation, resetting sale dates, awards of additional attorney's fees and costs, writs of possession writs of assistance and entry of deficiency judgments.

**\*\*IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE. YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**        IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WIT THE CLERK OF THE COURT, BROWARD COUNTY COURTHOUSE, 201 SE SIXTH STREET, FORT LAUDERDALE, FL 33301, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**        IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN. ASK SOMEONE ELSE, PREFERABLY AND ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU TO**

**MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY AT 954-765-8950 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY FOR ASSISTANT YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 11-09-2021.

CACE19019538 11-09-2021 9:43 AM
Hon. Michael Robinson
**CIRCUIT JUDGE**
Electronically Signed by Michael Robinson

**Copies Furnished To:**
Edward F Holodak , E-mail : pleadings@holodakpa.com
Edward F Holodak , E-mail : edward@holodakpa.com